

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-20-00559-CV

Venkateswar Rao **KODATI**,
Appellant

v.

Nagalatha **VINNAKOTA**,
Appellee

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2015-CI-02059
Honorable Angelica Jimenez, Judge Presiding

PER CURIAM

Sitting:    Rebeca C. Martinez, Justice
            Patricia O. Alvarez, Justice
            Luz Elena D. Chapa, Justice

Delivered and Filed: December 23, 2020

DISMISSED

On December 1, 2020, appellant filed a motion to dismiss, requesting that this court dismiss this appeal because the parties have settled all issues in dispute and the final order complained of has been amended. Appellee has not opposed the motion. *See* TEX. R. APP. P. 10.3(a). Therefore, we grant the motion and dismiss the appeal. *See id.* R. 42.1(a)(1).

PER CURIAM